## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GASLAND PETROLEUM, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> -against- ) <br> ) <br> FIRESTREAM WORLDWIDE, INC. ) <br> ) <br> Defendant. ) | Cause No. 1:14-cv-597 (DNH/CFH) |

### FIRESTREAM WORLDWIDE, INC.'S NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT FOR *FORUM NON CONVENIENS*

Defendant FireStream WorldWide, Inc. ("FireStream"), by and through its undersigned counsel, respectfully notices its Motion to Dismiss Plaintiff Gasland Petroleum, Inc.'s ("Gasland") Amended Complaint for *Forum Non Conveniens* before Judge David N. Hurd on October 24, 2014, at 10 A.M. or as soon as practicable thereafter.

Pursuant to Local Rule 7.1(h), FireStream hereby requests that no oral argument occur for its Motion to Dismiss, and that the Motion to Dismiss be decided on the motion papers only.

Dated this 12th day of September, 2014.

Lizabeth M. Conran
Missouri State Bar No. 49937
Admitted Limited *Pro Hac Vice*

_____
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Ste. 2000
St. Louis, MO 63102
Telephone: 314-241-9090
Fax: 314-241-4245
Email: lmc@greensfelder.com

James T. Potter
New York Bar No. 102383

HINMAN STRAUB, P.C.
121 State Street
Albany, NY 12207
Telephone: 618-436-0751
Fax: 518-436-4751
Email: jpotter@hinmanstraub.com

*Attorneys for Defendant*
*FireStream WorldWide, Inc.*

1497957

2